UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 DEC 18  A 10: 17

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JESSE LAPRADE and ENERGY SAVING CONCEPT ORGANIZATION, L.L.C., )))) | |
| Judgment Debtors, ) ) | |
| v. ) ) | Case No. 06-MC-3344 |
| ENERGY AUTOMATION SYSTEMS, INC. and JOSEPH C. MERLO, )))) | |
| Judgment Creditors. ) | |

## APPLICATION FOR WRIT OF GARNISHMENT

The Judgment Creditors, Energy Automation Systems, Inc. and Joseph C. Merlo, hereby make application to the Clerk of the United States District Court to issue a garnishment in the above case to satisfy a judgment against Judgment Debtor herein, Jesse C. LaPrade, for $8,615.26. The total amount of payments made by Judgment Debtor on this judgment is $0. The balance of the judgment that remains unsatisfied, as of December 8, 2006, including accrued interest and costs, if applicable, after payments from Judgment Debtor have been credited, is $8,615.26.

_____
John R. Jacobson
William L. Campbell, Jr. (ASB-3010-L60C)
Bowen Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700

    Attorneys for Defendants/Judgment Creditors

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the foregoing document via U.S. Mail, postage prepaid, to:

Jesse Laprade
150 Benwood Cir.
Auburn, AL 36832

J. Victor Price, Jr.
17 Sistrunk St.
Tallasee, AL 36078

this 14th day of December, 2006.

_____