IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSE LaPRADE and ENERGY SAVING ) <br> CONCEPTS ORGANIZATION, LLC, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ENERGY AUTOMATION SYSTEMS, ) <br> INC., *et al.*, ) <br> ) <br> Defendants. ) | CASE NO. 2:06-mc-3344-MEF |

## **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to a United States Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this the 19th day of December, 2006.

        /s/ Mark E. Fuller
        CHIEF UNITED STATES DISTRICT JUDGE