| | | |
|---|---|---|
| JESSE LAPRADE and ENERGY SAVING CONCEPT ORGANIZATION, LLC, | ) ) ) | |
| Judgment Debtors, | ) ) | CASE NO. 06-MC-3344 |
| vs. | ) ) ) | |
| ENERGY AUTOMATION SYSTEMS, INC., and JOSEPH C. MERLO, | ) ) ) ) | |
| Judgment Creditors. | ) | |

## SUGGESTION OF BANKRUPTCY

**COME NOW** the Judgment Debtors, Jesse C. LaPrade and Energy Savings Concept Organization, LLC, through their undersigned attorney, and would show the Court:

1. He has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Middle District of Alabama, which bears the case number 07-80001.

2. Relief was ordered on **January 2, 2007**.

3. This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4. This is for informational purposes only, and does not constitute a notice of appearance by the undersigned.

WHEREFORE, the defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

/s/ J. Victor Price
J. Victor Price (PRI015)
Attorney for the Defendant
17 Sistrunk Street
Tallassee, AL 36078

IT IS HEREBY CERTIFIED that a copy of the foregoing Suggestion of Bankruptcy was delivered by mail to William L. Campbell, Jr., 1906 West End Avenue, Nashville, TN 37203 this the 5th day of January 2007.

/s/ J. Victor Price
J. Victor Price
Attorney for the Defendant