USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

2 ✓

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jesse LaPrade et al | 2:06mc3344 |
| DEFENDANT | TYPE OF PROCESS |
| Energy Automation Systems, Inc. et al | Application, Writ, Notices |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Jesse Laprade    Home phone (334) 821-6282    soc# 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    334-707-9534

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

150 Benwood Circle, Auburn, AL 36832

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U. S. District Court
Middle District of Alabama, Clerk's Office
P.O. Box 711
Montgomery, AL 36101-0711

| Number of process to be served with this Form 285 | 4 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RETURNED AND FILED
JAN 1 2 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RECEIVED 2006 DEC 21 A [time] UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

William L. Campbell, Jr.

TELEPHONE NUMBER: 615-320-3700    DATE: 12-19-06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk  K. Chaires | Date 12/21/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date | Time | |
|---|---|---|
| 1-8-07 | 9:00 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy
Michael H. Bates

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charge | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $90.00 | N/C | | $90.00 | 90.00 | 0 |

REMARKS: J. Victor Price - 334-283-3388 - Attorney Accepted on behalf of Jesse LaPrade by J. Victor Price, Attorney At Law. Per Agreement with Jesse LaPrade. M. Bates

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN   PSN 1

| | |
|---|---|
| PLAINTIFF<br>Jesse LaPrade et al | COURT CASE NUMBER<br>2:06mc3344 |
| DEFENDANT<br>Energy Automation Systems, Inc. et al | TYPE OF PROCESS<br>Application, Writ, Notices |

SERVE AT
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  Auburn University  ATTN: Human Resources
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  Langdon Hall, Auburn University, AL 36849-5126

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U. S. District Court
Middle District of Alabama, Clerk's Office
P.O. Box 711
Montgomery, AL 36101-0711

| | |
|---|---|
| Number of process to be served with this Form 285 | 4 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

RETURNED AND FILED
JAN 1 2 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

DEC 21 A 8: ... UNITED STATES MARSHALS SERVICE MIDDLE ALABAMA  RECEIVED

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
William L. Campbell,
TELEPHONE NUMBER: 616-320-3700
DATE: 12-19-06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date 12/21/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
MRS MARY Turner  Human Resources, Auburn University

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 1-8-07
Time: 10:00 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>$90.00 | Total Mileage Charges including endeavors<br>$40.01 | Forwarding Fee | Total Charges<br>$130.01 | Advance Deposits<br>$110.00 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$20.01 |
|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00