IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSE LAPRADE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06MC3344-MEF |
| ) | (WO) |
| ENERGY AUTOMATION SYSTEMS, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Pursuant to the Suggestion of Bankruptcy filed on January 5, 2007 this action is stayed by operation of 11 U.S.C. § 362. Accordingly, and for good cause, it is

ORDERED that the January 8, 2007 service of the Writ of Garnishment on the judgment debtor and the garnishee, Auburn University, is ineffective.

The Clerk is DIRECTED to provide a copy of this order to the judgment debtor and the garnishee at the addresses provided for service of the Writ of Garnishment.

DONE, this 24th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE