SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _J.C. LaPrade_                    □ Agent
                                    □ Addressee

B. Received by ( Printed Name)      C. Date of Delivery
J.C. LaPrade                        5/09

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

   2:06 mc 3344
   # 8 order

1. Article Addressed to:

   Jesse Laprade
   150 Benwood Circle
   Auburn, AL  36832

3. Service Type
   □ Certified Mail        □ Express Mail
   □ Registered            □ Return Receipt for Merchandise
   □ Insured Mail          □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number          7006 2760 0002 8193 2375
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540