IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JESSE LAPRADE AND ENERGY SAVING CONCEPTS ORGANIZATION, L.L.C., | ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 2:06mc3344 |
| v. | ) ) | MAGISTRATE JUDGE COODY |
| ENERGY AUTOMATION SYSTEMS, INC. AND JOSEPH C. MERLO, | ) ) ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

Comes now W. Russell Taber, III, counsel to Defendants, Energy Automation Systems, Inc. and Joseph C. Merlo, and moves the Court for an order allowing him to withdraw as counsel. William L. Campbell, Jr., will remain counsel for Defendants.

Respectfully submitted,

W. Russell Taber, III
Bowen Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700



_____
William L. Campbell, Jr. (ASB-3010-L60C)
Bowen Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document via U.S. Mail, postage prepaid to:

J. Victor Price
17 Sistrunk St.
Tallassee, AL 36078

this 31st day of January, 2007.

_____