IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSE LAPRADE and ENERGY SAVING CONCEPTS ORGANIZATION, L.L.C., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CASE NO. 2:06-mc-3344-MEF |
| ENERGY AUTOMATION SYSTEMS, INC. and JOSEPH C. MERLO, ) ) ) ) ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of Defendants' Motion to Withdraw as Counsel (Doc. # 11), it is

ORDERED that the motion is GRANTED.

DONE this the 7th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE